IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00209-PAB

FIELDTURF USA, INC., a Florida corporation,

    Plaintiff,

v.

FIELDTRAX, LLC, a Colorado limited liability company, and
AMANDA DIGREGORIO, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the parties' Stipulated Motion to Stay and Vacate Hearing on Temporary Restraining Order [Docket No. 9]. The Court has reviewed the motion and is fully advised in the premises. It is

    ORDERED that the motion [Docket No. 9] is GRANTED. The hearing on plaintiff's Motion for a Temporary Restraining Order set for **February 9, 2009 at 9:00 a.m.** is VACATED.

    DATED February 6, 2009.